B5 (Official Form 5) (12/07)

| UNITED STATES BANKRUPTCY COURT<br>NORTHERN DISTRICT OF ILLINOIS<br>EASTERN DIVISION (CHICAGO) | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Enable Holdings, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.)<br>uBid.com<br>RedTag.com<br>RedTag Live, Inc.<br>Dibu Trading Company<br>Commerce Innovations |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No. / Complete EIN<br>(If more than one, state all.):<br>**52-2372260** | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**1140 West Thorndale Avenue**<br>**Itasca, IL** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS: **DuPage**  ZIP CODE **60143-1335** | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
☐ Chapter 7   ☑ Chapter 11

**INFORMATION REGARDING DEBTOR (Check applicable boxes)**

**Nature of Debts** (Check one box.)

Petitioners believe:
☐ Debts are primarily consumer debts
☑ Debts are primarily business debts

**Type of Debtor** (Form of Organization)
☐ Individual (Includes Joint Debtor)
☑ Corporation (Includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
☑ Other

**VENUE**
☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a

☐ A bankruptcy case concerning debtor's affiliate, general partner or

**FILING FEE (Check one box)**
☑ Full Filing Fee attached
☐ Petitioner is a child support creditor or its representative, and the form

[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS** (Check applicable boxes)                                    COURT USE ONLY

1. ☑ Petititioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ☑ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ☑ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
      or
  b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

B5 (Official Form 5) (12/07) - Page 2      Name of Debtor **Enable Holdings, Inc.**

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

| Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief. | |
|---|---|
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Leiber Family Foundation**<br>Name of Petitioner        Date Signed<br>Name and Mailing    Jason Lieber<br>Address of Individual<br>Signing in<br>Representative | X *Mark Shure*     9/16/10<br>Signature of Attorney     Date<br>**Law Offices of Keating & Shure**<br>Name of Attorney Firm (if any)   Mark E. Shure<br>        55 W. Monroe, Suite 1600   ARDC # 06188755<br>Address  Chicago, IL 60603<br><br>Telephone No **(312) 201-8585** |
| X _____<br>Signature of Petitioner or Representative (State title)<br>**Jason Lieber**<br>Name of Petitioner        Date Signed<br>Name and Mailing<br>Address of Individual<br>Signing in<br>Representative | X _____<br>Signature of Attorney     Date<br>**Law Offices of Keating & Shure**<br>Name of Attorney Firm (if any)<br>        55 W. Monroe, Suite 1600<br>Address  Chicago, IL 60603<br><br>Telephone No **(312) 201-8585** |
| X *[signature]*<br>Signature of Petitioner or Representative (State title)<br>**Mordechai Cohen**<br>Name of Petitioner        Date Signed<br>Name and Mailing<br>Address of Individual<br>Signing in<br>Representative | X _____<br>Signature of Attorney     Date<br>**Law Offices of Keating & Shure**<br>Name of Attorney Firm (if any)<br>Address  55 W. Monroe, Suite 1600<br>        Chicago, IL 60603<br><br>Telephone No **(312) 201-8585** |

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Leiber Family Foundation<br>344 Atlantic Avenue<br>Cedarhurst, NY 11516 | Loans | $231,714.29 |
| Jason Lieber<br>344 Atlantic Avenue<br>Cedarhurst, NY 11516 | Loans | $368,432.66 |
| Mordechai Cohen<br>276 Riverside Drive, Apt. 3G<br>New York, NY 10025 | Loans | $220,089.29 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br>$820,236.24 |

0 continuation sheets attached

B5 (Official Form 5) (12/07) - Page 2     Name of Debtor: **Enable Holdings, Inc.**
Case No. _____

---

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents that evidence the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| Signature of Petitioner or Representative (State title) | Signature of Attorney / Date |
|---|---|
| X /s/ Jason Lieber (President) — 9/16/10<br>**Leiber Family Foundation**<br>Name of Petitioner<br>Name and Mailing Address of Individual Signing in Representative: Jason Lieber | X _____<br>**Law Offices of Keating & Shure**<br>Name of Attorney Firm (If any)<br>Address: 55 W. Monroe, Suite 1600, Chicago, IL 60603<br>Telephone No. (312) 201-8585 |
| X /s/ Jason Lieber — 9/16/10<br>**Jason Lieber**<br>Name of Petitioner | X _____<br>**Law Offices of Keating & Shure**<br>Address: 55 W. Monroe, Suite 1600, Chicago, IL 60603<br>Telephone No. (312) 201-8585 |
| X _____<br>**Mordechai Cohen**<br>Name of Petitioner | X _____<br>**Law Offices of Keating & Shure**<br>Address: 55 W. Monroe, Suite 1600, Chicago, IL 60603<br>Telephone No. (312) 201-8585 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Leiber Family Foundation<br>344 Atlantic Avenue<br>Cedarhurst, NY 11516 | Loans | $231,714.29 |
| Jason Lieber<br>344 Atlantic Avenue<br>Cedarhurst, NY 11516 | Loans | $368,432.66 |
| Mordechai Cohen<br>275 Riverside Drive, Apt. 3G<br>New York, NY 10025 | Loans | $220,089.29 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | **Total Amount of Petitioners' Claims**<br>**$820,236.24** |

0 continuation sheets attached