UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | |
| ENABLE HOLDINGS, INC., ) | Case No. 10-41498 |
| ) | |
| Debtor. ) | Chapter 11 - Involuntary |
| ) | Judge Jacqueline P. Cox |
| ) | |

**INITIAL ORDER REGARDING MOTION OF SUNRISE BIDDERS, INC. TO MODIFY AUTOMATIC STAY, AUTHORIZE SENDING OF UCC SALE NOTICE, AUTHORIZE AND APPROVE UCC SALE, AND FOR OTHER RELIEF**

This matter coming on to be heard on the Motion (the "Motion") of SunRise Bidders, Inc. ("SunRise") to Modify Automatic Stay, Authorize Sending of UCC Sale Notice, Authorize and Approve UCC Sale, and for Other Relief, due notice of the Motion having been served on all parties entitled thereto and the Court being fully advised in the premises,

IT IS HEREBY ORDERED as follows:

A. The Additional Notice (as such term is defined in the Motion) is hereby approved and SunRise is authorized to send same to those recipients indicated in the Motion;

B. The notices proposed to be sent to the Debtor, its subsidiaries and secured parties of record, as described in the Motion, are hereby approved and SunRise is authorized to send same to those recipients indicated in the Motion;

C. The Tribune Ad (as such term is defined in the Motion) is hereby approved and SunRise is authorized to cause it to be published in the Chicago Tribune as proposed in the Motion;

18690554

D. With respect to the notices and advertisement set forth in A., B. and C. above, the automatic stay is hereby lifted; and

E. A Final Hearing (as such term is defined in the Motion) on the Motion is hereby set for October 6, 2010 at 10:00 a.m.

Dated: September 28, 2010

ENTER:

*Jacqueline P. Cox*
J. P. Cox
_____
UNITED STATES BANKRUPTCY JUDGE

ORDER PREPARED BY:

John F. Pollick (ARDC #03128122)
McGuireWoods LLP, 77 W. Wacker Dr.
Suite 4100
Chicago, Illinois 60601
(T) (312) 849-8100
(F) (312) 849-3690
Attorneys for SunRise Bidders, Inc.